# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

VITO A. PELINO,

                Petitioner

         v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

                Respondent

: No. 81 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Application for Writ of Mandamus" is DENIED.